# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADAM KOKESH | CIVIL ACTION |
| VERSUS | NO: 19-1372 |
| KEVIN CURLEE, ET AL | SECTION: "S" (4) |

## ORDER AND REASONS

Before the court are the following motions: (1) Kevin Curlee's **Motion for Summary Judgement** (Rec. Doc. 42); Kevin Curlee's **Motion to Stay Discovery** (Rec. Doc. 43); and Adam Kokesh's **Motion to Strike Defendant's Motion for Summary Judgment** (Rec. Doc. 44).

The motion to strike is premised on Kokesh's contention that defendant Curlee refused to provide him evidence required to adequately respond to the motion for summary judgment. It has subsequently come to light that the evidence was mailed to plaintiff's counsel on disk, which according to providing tracking documentation, will be delivered today. Accordingly, the **Motion to Strike Defendant's Motion for Summary Judgment** (Rec. Doc. 44) is **DENIED** as moot. However, because the evidence has not been provided to counsel within 15 days of the noticed submission date (currently April 1, 2020), the submission date for the **Motion for Summary Judgment** (Rec. Doc. 42) is **CONTINUED** until <u>April 15, 2020.</u> See L.R. 7.2.

Finally, because defendant has raised a qualified immunity defense, the **Motion to Stay Discovery** (Rec. Doc. 43) is granted in part and denied in part. Discovery required in connection with the pending motion for summary judgment may proceed; all other discovery (not directly

related to the motion for summary judgment) is stayed pending resolution of the motion for summary judgment.

New Orleans, Louisiana, this 18th day of March, 2020.

                                        **MARY ANN VIAL LEMMON**
                                        **UNITED STATES DISTRICT JUDGE**